**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Arthur L. Brasher
                            Plaintiff,

v.                                                             Case No.: 1:11–cv–00991
                                                             Honorable James B. Zagel

Broadwind Energy, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 11, 2011:

      MINUTE entry before Honorable James B. Zagel:Status hearing set for 4/18/2011 is stricken. By agreement, defendants need not answer or file any motion directed to the pending complaint. Plaintiff shall either file a consolidated complaint or notify defendants that the current complaint shall be the operative complaint 49 days after entry of the Courts order appointing lead plaintiff and lead counsel. Defendants answer(s) or motion(s) to dismiss and accompanying memorandum of law shall be filed within 49 days of the filing of the consolidated complaint or, if none is filed, within 49 days of the iling designating the current complaint as the operative complaint. Any memoranda in opposition to the motion(s) to dismiss shall be filed within 49 days of the filing of the motion(s) to dismiss. Any reply to memoranda in opposition to he motion(s) to dismiss shall be filed within 28 days of the filing of the memoranda opposing the motion(s) to dismiss.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.