UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BROADWIND ENERGY, INC., J. CAMERON DRECOLL, STEPHANIE K. KUSHNER, MATTHEW J. GADOW, STEPHEN E. GRAHAM, and KEVIN E. JOHNSON,<br>Defendants | Case No. 1:11-cv-00991<br><br>Honorable James B. Zagel |

**MOVANT JERRY PEHLKE, JR.'S MOTION
FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL**

Movant Jerry Pehlke, Jr. ("Movant" or "Pehlke"), submits this Motion for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel ("Motion") seeking an Order from the Court: (1) appointing Movant Pehlke as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737; (2) approving Movant Pehlke's selection of the law firms of Federman & Sherwood as Lead Counsel and James T. Crotty & Associates as Liaison Counsel; and (3) granting such other relief as the Court may deem just and proper.

In support of this Motion, Movant submits herewith Movant Jerry Pehlke, Jr.'s Memorandum of Law in Support of Motion for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel.

DATED: April 12, 2011

Respectfully Submitted,

By: /s/James T. Crotty
James T. Crotty (0549029)
JAMES T. CROTTY & ASSOCIATES
3S126 S. Park Blvd.
Glen Ellyn, IL 60137
Telephone: (312) 623-1599
Facsimile: (312) 553-1586
jamestcrotty@aol.com

*Proposed Liaison Counsel for Plaintiffs*

William B. Federman, Esq.
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

*Proposed Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BROADWIND ENERGY, INC., J. CAMERON DRECOLL, STEPHANIE K. KUSHNER, MATTHEW J. GADOW, STEPHEN E. GRAHAM, and KEVIN E. JOHNSON,<br>Defendants | Case No. 1:11-cv-00991<br><br>Honorable James B. Zagel |

### [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

Having considered Movant Jerry Pehlke, Jr.'s Motion for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel, **IT IS HEREBY ORDERED THAT**:

1. Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), class member Jerry Pehlke, Jr. ("Pehlke") is appointed to serve as Lead Plaintiff for the Class of purchasers of Broadwind Energy, Inc. securities during the period from March 7, 2009, through and including, August 9, 2010 (the "Class Period").

2. The law firm of Federman & Sherwood is approved as Lead Counsel, and James T. Crotty & Associates as Liaison Counsel. Lead and Liaison Counsel shall

provide general supervision of the activities of plaintiffs' counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

    a. To brief and argue motions;

    b. To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel and the preparation of written interrogatories, requests for admissions and requests for production of documents;

    c. To direct and coordinate the examination of witnesses in depositions;

    d. To act as spokesperson at pretrial conferences;

    e. To call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

    f. To initiate and conduct settlement negotiations with counsel for defendants;

    g. To provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    h. To consult with and employ experts;

    i. To receive and review periodic time reports of all attorneys on behalf of plaintiffs and to determine if the time is being spent appropriately and for the benefit of plaintiffs; and

    j. To perform such other duties as may be expressly authorized by further order of this Court.

3. An Amended Consolidated Complaint shall be filed by Lead Plaintiff and Lead Counsel within sixty (60) days of the date of this Order.

IT IS SO ORDERED.

DATED:_____       _____
    JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS