## CERTIFICATE OF SERVICE

This is to certify that on April 12, 2011, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Marvin A. Miller, Esq.
Lori A. Fanning, Esq.
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:  (312) 332-3400
Facsimile:    (312) 676-2676
lfanning@millerlawll.com
mmiller@millerlawllc.com

*Attorneys for Plaintiff Arthur L. Brasher*

James Wallace Ducayet, Esq.
Kristen R. Seeger, Esq.
Brian S. Shull, Esq.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone:  (312) 853-7000
jducayet@sidley.com
kseeger@sidley.com
bshull@sidley.com

*Attorneys for Defendant Broadwind Energy, Inc.*

This is to certify that on April 12, 2011, a true and correct copy of the foregoing pleading was mailed by first class mail, postage prepaid, to the following parties listed below:

Samuel H. Rudman, Esq.
Mario Alba Jr., Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone:  (631) 367-7100
Facsimile:    (631) 367-1173

Jeffrey A. Berens
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: (303) 861-1764
Facsimile: (303) 395-0393

Michael I. Fistel, Jr., Esq.
Marshall Dees, Esq.
HOLZER, HOLZER & FISTEL, LLC
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Attorneys for Plaintiff Arthur L. Brasher*

s/James T. Crotty