# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of | Case Number: 1:11-cv-00991
ARTHUR L. BRASHER

VS

BROADWIND ENERGY, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
MOVANT, JERRY PEHLKE, JR., IN HIS MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

| | |
|---|---|
| NAME (Type or print) JAMES T. CROTTY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM JAMES T. CROTTY & ASSOCIATES | |
| STREET ADDRESS 3S126 PARK BLVD. | |
| CITY/STATE/ZIP GLEN ELLYN, IL 60137 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0549029 | TELEPHONE NUMBER 312-623-1599 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |