UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) BROADWIND ENERGY, INC., et al., ) ) Defendants. ) ) ) | No. 1:11-cv-00991 <br><br> CLASS ACTION |

JEFF BISCHOFF AND EUGENE STEPNIAK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

618464_1

Class members Jeff Bischoff and Eugene Stepniak (collectively "Movants") hereby move this Court for an Order (attached hereto as Exhibit A): (1) appointing Jeff Bischoff and Eugene Stepniak as lead plaintiff in the above-captioned action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4; and (2) approving their selection of Robbins Geller Rudman & Dowd LLP as lead counsel and Miller Law LLC as liaison counsel for the class.

In support of this Motion, Jeff Bischoff and Eugene Stepniak submit a Memorandum of Law and true and correct copies of the following exhibits:

Exhibit A:   [Proposed] Order;

Exhibit B:   Notice of pendency of class action published on *Business Wire*, a national business-oriented wire service, on February 11, 2011;

Exhibit C:   Movants' Sworn Certification;

Exhibit D:   Chart of Movants' Transactions and Losses

Exhibit E:   Firm résumé of Miller Law LLC; and

Exhibit F:   Firm résumé of Robbins Geller Rudman & Dowd LLP.

DATED: April 12, 2011                    PLAINTIFF

                                        By: s/Marvin A. Miller
                                        ―――――――――――――――――――
                                           MARVIN A. MILLER

                                        MARVIN A. MILLER
                                        LORI A. FANNING
                                        MILLER LAW LLC
                                        115 S. LaSalle Street, Suite 2910
                                        Chicago, IL  60603
                                        Telephone: 312/332-3400
                                        312/676-2676 (fax)

                                        [Proposed] Liaison Counsel

- 1 -

618464_1

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SAMUEL H. RUDMAN
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
BRIAN O. O'MARA
JAMES E. BARZ
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

- 2 -

618464_1

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

      I, Marvin A. Miller, one of the attorneys for movants, hereby certify that on April 12, 2011, service of the foregoing document was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                             */s/ Marvin A. Miller*
                                                               Marvin A. Miller