# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>BROADWIND ENERGY, INC., et al.,<br><br>      Defendants. | No. 1:11-cv-00991<br><br><u>CLASS ACTION</u> |

[PROPOSED] ORDER GRANTING EUGENE STEPNIAK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

618458_1

Having considered Eugene Stepniak's Motion for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, appoints Eugene Stepniak as Lead Plaintiff; and

3. Lead Plaintiff's selection of Lead and Liaison Counsel is approved. Pursuant to §21D(a)(3)(B)(v) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is appointed Lead Counsel for the class and Miller Law LLC is appointed Liaison Counsel.

DATED: _____

THE HONORABLE JAMES B. ZAGEL
UNITED STATES DISTRICT JUDGE

Submitted by:

MILLER LAW LLC
MARVIN A. MILLER
LORI A. FANNING

    s/MARVIN A. MILLER
       MARVIN A. MILLER

115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

[Proposed] Liaison Counsel

- 1 -

618458_1

ROBBINS GELLER RUDMAN
     & DOWD LLP
SAMUEL H. RUDMAN
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
     & DOWD LLP
BRIAN O. O'MARA
JAMES E. BARZ
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs