# EXHIBIT B



1 of 1 DOCUMENT

Copyright 2011 Business Wire, Inc.
Business Wire

February 11, 2011 Friday 8:38 PM GMT

**DISTRIBUTION:** Business Editors

**LENGTH:** 695 words

**HEADLINE:** Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Broadwind Energy, Inc.

**DATELINE:** NEW YORK

**BODY:**

Robbins Geller Rudman & Dowd LLP ("Robbins Geller") ( http://www.rgrdlaw.com/cases/broadwind/ ) today announced that a class action has been commenced in the United States District Court for the Northern District of Illinois on behalf of purchasers of Broadwind Energy, Inc. ("Broadwind" or the "Company") (NASDAQ:BWEN) common stock between March 17, 2009 and August 9, 2010, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Samuel H. Rudman or David A. Rosenfeld of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com If you are a member of this Class, you can view a copy of the complaint as filed or join this class action online at http://www.rgrdlaw.com/cases/broadwind/ . Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Broadwind and certain of its officers and directors with violations of the Exchange Act. Broadwind provides products and services to the wind energy industry primarily in the United States.

The complaint alleges that, throughout the Class Period, defendants failed to disclose material adverse facts about the Company's true financial condition, business and prospects. Specifically, the complaint alleges that: (a) Broadwind's RBA subsidiary was experiencing significant issues with key contracts; (b) Broadwind was materially overstating its financial condition by improperly delaying the recognition of the impairment of its goodwill and intangible assets related to its RBA subsidiary; (c) as a result of the above, Broadwind's financial statements were not prepared in accordance with Generally Accepted Accounting Procedures and, therefore, were materially false and misleading; (d) the Company was experiencing a reduction in demand from its customers; and (e) as a result of the foregoing, defendants lacked a reasonable basis for their positive statements about the Company and its prospects.

On March 12, 2010, Broadwind announced its financial results for the fourth quarter and fiscal year of 2009, the period ended December 31, 2009. For the quarter, the Company reported revenues of $32.9 million and a net loss of $92.6 million or $0.96 per basic and diluted share, including a goodwill and intangible charge of $82.2 million. In reaction to the Company's weak 2009 fourth quarter results, shares of the Company's stock fell $1.21 per share, or 21%, to close at $4.47 per share, on heavy trading volume.

Then, on August 9, 2010, Broadwind issued a press release announcing its financial results for the second quarter of 2010, the period ended June 30, 2010. For the quarter, the Company reported revenues of $36.6 million and a net loss

Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Broadwind Energy, Inc. Business Wire February 11, 2011 Friday 8:38 PM GMT

of $14.2 million or $0.13 per share. In reaction to the disclosure of the continued weak demand for the Company's products, the price of Broadwind's stock fell $0.35 per share, or 12%, to close at $2.50 per share.

Plaintiff seeks to recover damages on behalf of all purchasers of Broadwind common stock during the Class Period (the "Class"). The plaintiff is represented by Robbins Geller, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Robbins Geller, a 180-lawyer firm with offices in San Diego, San Francisco, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Robbins Geller Web site ( http://www.rgrdlaw.com ) has more information about the firm.

CONTACT: Robbins Geller Rudman & Dowd LLP
Samuel H. Rudman, 800-449-4900
David A. Rosenfeld
djr@rgrdlaw.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** February 12, 2011