UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR L. BRASHER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 1:11-cv-00991 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| BROADWIND ENERGY, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

NOTICE OF PRESENTMENT OF JEFF BISCHOFF AND EUGENE STEPNIAK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

PLEASE TAKE NOTICE THAT on Tuesday, April 19, 2011 at 10:15 a.m. or as soon thereafter as counsel may be heard, counsel for class members Jeff Bischoff and Eugene Stepniak shall appear before the Honorable James B. Zagel or any judge sitting in his stead, in Courtroom 2503 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and there and then present Jeff Bischoff and Eugene Stepniak's Motion for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel, a copy of which is served upon you.

DATED:  April 12, 2011                    PLAINTIFF


                              By: s/Marvin A. Miller
                              _____
                                   MARVIN A. MILLER
                              MARVIN A. MILLER
                              LORI A. FANNING
                              MILLER LAW LLC
                              115 S. LaSalle Street, Suite 2910
                              Chicago, IL  60603
                              Telephone:  312/332-3400
                              312/676-2676 (fax)

                              [Proposed] Liaison Counsel

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN O. O'MARA
JAMES E. BARZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Marvin A. Miller, one of the attorneys for movants, hereby certify that on April 12, 2011, service of the foregoing document was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.


_/s/ Marvin A. Miller_
Marvin A. Miller