**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BROADWIND ENERGY, INC., J. CAMERON DRECOLL, STEPHANIE K. KUSHNER, MATTHEW J. GADOW, STEPHEN E. GRAHAM, and KEVIN E. JOHNSON, )<br>)<br>Defendants ) | Case No. 1:11-cv-00991<br><br>Honorable James B. Zagel |

**NOTICE OF PRESENTMENT OF JERRY PEHLKE, JR.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF <u>LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL</u>**

PLEASE TAKE NOTICE THAT on Tuesday, April 19, 2011 at 10:15 a.m. or as soon thereafter as counsel may be heard, counsel for class member Jerry Pehlke, Jr. ("Pehlke") shall appear before the Honorable James B. Zagel or any judge sitting in his stead, in Courtroom 2503 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and there and then present Jerry Pehlke, Jr.'s Motion for Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel, which was electronically filed on April 12, 2011, and hand-delivered to the Court on April 13, 2011.

Pehlke has conferred with the other Lead Plaintiff Movants Jeff Bischoff and Eugene Stepniak, and they have agreed to a briefing schedule for filing response and reply briefs to Lead Plaintiff Movant papers. The Lead Plaintiff Movants will file a stipulation as to the proposed briefing schedule requesting the Court enter an Order on

the briefing schedule and continue the notice of presentment for a date later, without the necessity of the appearance of the parties on April 19, 2011.

| | |
|---|---|
| Dated: April 14, 2011 | By:  /s/James T. Crotty<br>James T. Crotty (0549029)<br>JAMES T. CROTTY & ASSOCIATES<br>3S126 S. Park Blvd.<br>Glen Ellyn, IL 60137<br>Telephone:  (312) 623-1599<br>Facsimile:   (312) 553-1586<br>jamestcrotty@aol.com<br><br>*Proposed Liaison Counsel for Plaintiffs*<br><br>William B. Federman, Esq.<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>Telephone:  (405) 235-1560<br>Facsimile:   (405) 239-2112<br>wbf@federmanlaw.com<br><br>*Proposed Lead Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

      This is to certify that on April 14, 2011, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Marvin A. Miller, Esq.
Lori A. Fanning, Esq.
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676
lfanning@millerlawll.com
mmiller@millerlawllc.com

*Attorneys for Plaintiff Arthur L. Brasher*

James Wallace Ducayet, Esq.
Kristen R. Seeger, Esq.
Brian S. Shull, Esq.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
jducayet@sidley.com
kseeger@sidley.com
bshull@sidley.com

*Attorneys for Defendant Broadwind Energy, Inc.*


      This is to certify that on April 15, 2011, a true and correct copy of the foregoing pleading was mailed by first class mail, postage prepaid, to the following parties listed below:

Samuel H. Rudman, Esq.
Mario Alba Jr., Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Brian O. O'Mara
James E. Barz
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*[Proposed] Lead Counsel for Plaintiffs*

Jeffrey A. Berens
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: (303) 861-1764
Facsimile: (303) 395-0393

Michael I. Fistel, Jr., Esq.
Marshall Dees, Esq.
HOLZER, HOLZER & FISTEL, LLC
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Attorneys for Plaintiff Arthur L. Brasher*

                                                     s/James T. Crotty