**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTHUR L. BRASHER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:11-cv-00991 |
| BROADWIND ENERGY, INC., J. CAMERON DRECOLL, STEPHANIE K. KUSHNER, MATTHEW J. GADOW, STEPHEN E. GRAHAM, and KEVIN E. JOHNSON, | ) ) ) ) ) ) | Honorable James B. Zagel |
| Defendants | ) ) | |

**JOINT STIPULATION AND REQUEST FOR BRIEFING SCHEDULE
FOR MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND
FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Movants for Lead Plaintiff, Jerry Pehlke, Jr., Jeff Bischoff, and Eugene Stepniak, (collectively referred to herein as "Lead Plaintiff Movants"), have conferred and agreed to the following proposed briefing schedule for parties to respond to Motions for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Counsel:

Response to Motions for Appointment of Lead Plaintiff: 05/03/11

Reply to Response to Motions for Appointment of Lead Plaintiff: 05/10/11

Defendant has no objection to Lead Plaintiff Movants' proposed briefing schedule.

Lead Plaintiff Movants have filed Notices of Presentment of their motions to be heard by this Court on Tuesday, April 19, 2011 at 10:15 a.m. Lead Plaintiff Movants respectfully request the Court enter an Order on the briefing schedule and continue their

motion presentment for a date later, without the necessity of the appearance of the parties on April 19, 2011.

Dated: April 14, 2011                          Respectfully Submitted,

By: s/James T. Crotty
James T. Crotty (0549029)
JAMES T. CROTTY & ASSOCIATES
3S126 S. Park Blvd.
Glen Ellyn, IL 60137
Telephone: (312) 623-1599
Facsimile: (312) 553-1586
jamestcrotty@aol.com

*Proposed Liaison Counsel for Plaintiffs*
*Movant Jerry Pehlke, Jr.*

William B. Federman, Esq.
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

*Proposed Lead Counsel for Plaintiffs*
*Movant Jerry Pehlke, Jr.*

By: s/Marvin A. Miller
MARVIN A. MILLER
LORI A. FANNING
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

*[Proposed] Liaison Counsel*
*Movants Jeff Bischoff and Eugene Stepniak*

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
BRIAN O. O'MARA
JAMES E. BARZ
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

*[Proposed] Lead Counsel for Plaintiffs*
*Movants Jeff Bischoff and Eugene Stepniak*

## **CERTIFICATE OF SERVICE**

  This is to certify that on April 14, 2011, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Marvin A. Miller, Esq.
Lori A. Fanning, Esq.
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676
lfanning@millerlawll.com
mmiller@millerlawllc.com

*Attorneys for Plaintiff Arthur L. Brasher*

James Wallace Ducayet, Esq.
Kristen R. Seeger, Esq.
Brian S. Shull, Esq.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
jducayet@sidley.com
kseeger@sidley.com
bshull@sidley.com

*Attorneys for Defendant Broadwind Energy, Inc.*

  This is to certify that on April 15, 2011, a true and correct copy of the foregoing pleading was mailed by first class mail, postage prepaid, to the following parties listed below:

Samuel H. Rudman, Esq.
Mario Alba Jr., Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Jeffrey A. Berens
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: (303) 861-1764
Facsimile: (303) 395-0393

Michael I. Fistel, Jr., Esq.
Marshall Dees, Esq.
HOLZER, HOLZER & FISTEL, LLC
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Attorneys for Plaintiff Arthur L. Brasher*

                                                s/James T. Crotty