UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BROADWIND ENERGY, INC., et al.,<br><br>　　　　　　　　　Defendants. | No. 1:11-cv-00991<br><br><u>CLASS ACTION</u> |

**<u>NOTICE OF WITHDRAWAL OF JEFF BISCHOFF AND EUGENE STEPNIAK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL</u>**

621693_1

Class members and proposed lead plaintiffs Jeff Bischoff and Eugene Stepniak hereby withdraw their motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Dkt. No. 24.

DATED: April 28, 2011

Respectfully submitted,

PLAINTIFF

By: s/Marvin A. Miller
MARVIN A. MILLER

MARVIN A. MILLER
LORI A. FANNING
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

[Proposed] Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN O'MARA
JAMES E. BARZ
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

- 1 -

CERTIFICATE OF SERVICE

    I, Marvin A. Miller, one of the attorneys for plaintiffs, hereby certify that on service of the foregoing Notice of Withdrawal of Jeff Bischoff and Eugene Stepniak's Motion for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

    s/ MARVIN A. MILLER
    MARVIN A. MILLER

    MILLER LAW LLC
    115 S. LaSalle Street, Suite 2910
    Chicago, IL  60603
    Telephone:  312/332-3400
    312/676-2676 (fax)

    E-mail: mmiller@millerlawllc.com