UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Arthur L. Brasher
                Plaintiff,
v.                                           Case No.: 1:11–cv–00991
                                                      Honorable James B. Zagel
Broadwind Energy, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 16, 2011:

      MINUTE entry before Honorable James B. Zagel:Motion [30] is withdrawn; Motion to withdraw is granted. Application to appear pro hac vice [31] is granted. Application to appear pro hac vice [32] is granted.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.