**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BROADWIND ENERGY, INC., J. CAMERON DRECOLL, STEPHANIE K. KUSHNER, MATTHEW J. GADOW, STEPHEN E. GRAHAM, and KEVIN E. JOHNSON, )<br>Defendants ) | Case No. 1:11-cv-00991<br><br>Honorable James B. Zagel |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 7, 2011, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in courtroom 2503 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Request for Ruling on Jerry Pehlke, Jr.'s Motion for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel**, a copy of which is served upon you.

Dated: July 5, 2011                     Respectfully Submitted,

                                        By: /s/ James T. Crotty

William B. Federman, Esq.*
Jennifer S. Montagna, Esq.*
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com
jsm@federmanlaw.com
*Admitted Pro Hac Vice
*Proposed Lead Counsel for Plaintiffs*

James T. Crotty (0549029)
JAMES T. CROTTY & ASSOCIATES
3S126 S. Park Blvd.
Glen Ellyn, IL 60137
Telephone: (312) 623-1599
Facsimile: (312) 553-1586
jamestcrotty@aol.com
*Proposed Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on July 5, 2011, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Marvin A. Miller, Esq.
Lori A. Fanning, Esq.
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676
lfanning@millerlawll.com
mmiller@millerlawllc.com

*Attorneys for Plaintiff Arthur L. Brasher*

James Wallace Ducayet, Esq.
Kristen R. Seeger, Esq.
Brian S. Shull, Esq.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
jducayet@sidley.com
kseeger@sidley.com
bshull@sidley.com

*Attorneys for Defendant Broadwind Energy, Inc.*

This is to certify that on July 5, 2011, a true and correct copy of the foregoing pleading was mailed by first class mail, postage prepaid, to the following parties listed below:

Samuel H. Rudman, Esq.
Mario Alba Jr., Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Case: 1:11-cv-00991 Document #: 35 Filed: 07/05/11 Page 3 of 3 PageID #:253

Brian O. O'Mara
James E. Barz
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Jeffrey A. Berens
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: (303) 861-1764
Facsimile: (303) 395-0393

Michael I. Fistel, Jr., Esq.
Marshall Dees, Esq.
HOLZER, HOLZER & FISTEL, LLC
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Attorneys for Plaintiff Arthur L. Brasher*

s/ James T. Crotty