IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT MOTION FOR ENTRY OF ORDER GRANTING
JOINT STIPULATION REGARDING SCHEDULING
AND EXTENSION OF PAGE LIMITATIONS**

Plaintiffs Arthur Brasher, Jerry Pehlke, Jr., and Brian M. Grothues ("Plaintiffs"); Defendant Broadwind Energy, Inc. ("Broadwind"); Defendants J. Cameron Drecoll, Stephanie K. Kushner, Matthew J. Gadow, Stephen E. Graham, and Kevin E. Johnson (collectively, the "Officer Defendants"); Defendants James M. Lindstrom, David P. Reiland, Charles H. Beynon, William T. Fejes, and Terence P. Fox (collectively, the "Director Defendants"); and Defendants Tontine Capital Partners, L.P., Tontine Capital Overseas Master Fund, L.P., Tontine Partners, L.P., Tontine Overseas Fund, Ltd., Tontine 25 Overseas Master Fund, L.P., and Jeffrey Gendell (collectively, the "Tontine Defendants"), hereby move this Court for an order granting the Joint Stipulation Regarding Scheduling and Extension of Page Limitations, which was filed as Dkt. Entry # 57 on October 19, 2011. In support of this motion, the parties represent as follows:

1. Plaintiffs Arthur Brasher, Jerry Pehlke, Jr., and Brian M. Grothues filed an Amended Class Action Complaint for Violation of the Federal Securities Laws in the above-captioned action on September 13, 2011 (the "Amended Complaint"). The Complaint is 126 pages long and contains 286 paragraphs alleging two causes of actions against Defendants.

2.      The Amended Complaint names certain defendants who were named in the original complaint, the Officer Defendants and Broadwind.

3.      The Amended Complaint also names for the first time a number of new defendants, including the Tontine Defendants and the Director Defendants.

4.      Defendants intend to file motions to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and the Private Securities Litigation Reform Act, which will challenge whether Plaintiffs have stated a claim for the substantive causes of action alleged against the respective Defendants in the Complaint.  Currently, Broadwind, the Officer Defendants, and the Director Defendants intend to file one collective brief.  The Tontine Defendants also intend to file one collective brief.

5.      The Tontine Defendants waived service on September 19, 2011, and therefore must answer or otherwise plead on or before November 18, 2011.  (Dkts. 42–47.)  The Director Defendants waived service on September 21, 2011, and therefore must answer or otherwise plead by November 21, 2011.  (Dkts. 48–52.)

6.      The scheduling order previously entered by the Court on April 11, 2011 (Dkt. 19) provides for motions to dismiss to be filed 49 days after the filing of the Amended Complaint, which is November 1, 2011.  This is several weeks before the dates by which the newly-named defendants must answer or otherwise plead.

7.      The undersigned counsel, subject to the approval of the Court, have agreed and stipulated that the briefing scheduled previously entered on April 11, 2011 be modified as follows to provide for uniform dates for the filing of motions to dismiss, Plaintiffs' response, and Defendants' reply briefs:

   a.      Defendants' motions to dismiss and supporting memoranda shall be filed

                      on or before November 18, 2011.

          b.      Plaintiffs' responses to Defendants' motions to dismiss shall be filed within 49 days of the filing of Defendants' motions to dismiss.

          c.      Defendants' reply briefs in support of their motions to dismiss shall be filed within 28 days of the filing of Plaintiffs' responses.

8.      Local Rule 7.1 provides that, unless otherwise permitted by this Court, all briefs in support of or in opposition to motions shall be limited to fifteen (15) pages.

9.      Although the parties have agreed to keep their briefs in support of and in opposition to the motions to dismiss as concise as possible, they also agree that the Complaint and the anticipated motions to dismiss raise a number of issues that cannot be adequately and effectively addressed within the 15-page limitation of Local Rule 7.1, particularly when Defendants have agreed to file two briefs on behalf of seventeen (17) separately named Defendants.  Accordingly, the parties agree that extending the page limitations would assist the Court in deciding the issues raised in the motions.

10.      The undersigned counsel, subject to the approval of the Court, have further agreed and stipulated that the page limitation of Local Rule 7.1 be modified as follows:

          a.      The memorandum in support of the collective motion to dismiss filed by the Tontine Defendants shall be no longer than twenty (20) pages.

          b.      The memorandum in support of the collective motion to dismiss filed by Broadwind, the Officer Defendants, and the Director Defendants shall be no longer than forty-five (45) pages.

          c.      Plaintiffs' opposition to the Tontine Defendants' motion to dismiss shall be no longer than twenty (20) pages, and Plaintiffs' opposition to

     Broadwind, the Officer Defendants, and the Director Defendants' motion to dismiss shall be no longer than forty-five (45) pages.

  d. The reply in support of the collective motion to dismiss filed by the Tontine Defendants shall be no longer than fifteen (15) pages.

  e. The reply in support of the collective motion to dismiss filed by Broadwind, the Officer Defendants, and the Director Defendants shall be no longer than twenty (20) pages.

WHEREFORE, the parties respectfully request that this Court enter an order granting the Joint Stipulation Regarding Scheduling and Extension of Page Limitations. Pursuant to the Court's Case Management Procedures, a copy of the stipulation is being submitted to the Court via email.

                    Respectfully submitted,

Date: November 1, 2011       /s/ Meredith Jenkins Laval
                    James W. Ducayet
                    Kristen R. Seeger
                    Meredith Jenkins Laval
                    SIDLEY AUSTIN LLP
                    One South Dearborn Street
                    Chicago, Illinois 60603
                    Tel: (312) 853-7000

                    *Counsel for Broadwind, the Officer Defendants, and the Director Defendants*

Date: November 1, 2011       /s/ John Conroy Martin
                    John Conroy Martin
                    LAW OFFICES OF JOHN C. MARTIN
                    30 North LaSalle Street, #3400
                    Chicago, Illinois 60602
                    Tel: (312) 368-9000

                                        Gary Stein
                                        Michael G. Cutini
                                        SCHULTE ROTH & ZABEL LLP
                                        919 Third Avenue
                                        New York, New York 10022
                                        Tel: (212) 756-2441

                                        *Counsel for the Tontine Defendants*


Date: November 1, 2011                    /s/ James T. Crotty
                                        James T. Crotty
                                        JAMES T. CROTTY & ASSOCIATES
                                        208 S. LaSalle St., Suite 1750
                                        Chicago, IL 60604
                                        (312) 623-1599

                                        William B. Federman
                                        Jennifer S. Montagna
                                        FEDERMAN & SHERWOOD
                                        10205 N. Pennsylvania Avenue
                                        Oklahoma City, OK 73120
                                        (405) 235-1560

                                        Samuel H. Rudman
                                        Joseph Russello
                                        ROBBINS GELLER RUDMAN & DOWD LLP
                                        58 South Service Road, Suite 200
                                        Melville, NY 11747
                                        (631) 367-7100

                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I, Meredith Jenkins Laval, one of Broadwind Energy, Inc.'s attorneys, hereby certify that on November 1, 2011, service of the foregoing Joint Motion for Entry of Order Granting Stipulation Regarding Scheduling and Extension of Page Limitations was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                <u>/s/ Meredith Jenkins Laval</u>
                Meredith Jenkins Laval