**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |
| ———————————————————— | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on November 3, 2011, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Joint Motion for Entry of Order Granting Joint Stipulation Regarding Scheduling and Extension of Page Limitations, a copy of which has been served on you.

Respectfully submitted,

Date:  November 1, 2011

/s/ Meredith Jenkins Laval
James W. Ducayet
Kristen R. Seeger
Meredith Jenkins Laval
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel:  (312) 853-7000

*Counsel for Broadwind, the Officer
Defendants, and the Director
Defendants*

Date:  November 1, 2011

/s/ John Conroy Martin
John Conroy Martin
LAW OFFICES OF JOHN C. MARTIN
30 North LaSalle Street, #3400
Chicago, Illinois 60602
Tel:  (312) 368-9000

Gary Stein
Michael G. Cutini
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Tel:  (212) 756-2441

*Counsel for the Tontine Defendants*

Date:  November 1, 2011

/s/ James T. Crotty
James T. Crotty
JAMES T. CROTTY & ASSOCIATES
208 S. LaSalle St., Suite 1750
Chicago, IL 60604
(312) 623-1599

William B. Federman
Jennifer S. Montagna
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560

Samuel H. Rudman
Joseph Russello
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Meredith Jenkins Laval, one of Broadwind Energy, Inc.'s attorneys, hereby certify that on November 1, 2011, service of the foregoing Notice of Motion was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.


/s/ Meredith Jenkins Laval
Meredith Jenkins Laval