UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Arthur L. Brasher, et al.
                          Plaintiff,

v.                                                             Case No.: 1:11–cv–00991
                                                             Honorable James B. Zagel

Broadwind Energy, Inc., et al.
                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, November 2, 2011:

      MINUTE entry before Honorable James B. Zagel:Notice of motion hearing 11/3/2011 is stricken. Joint motion for entry of order granting joint stipulation regarding scheduling and extension of page limitation [58] is granted. Motion to dismiss now due 11/18/2011. Response now due 1/6/2012. Reply now due 2/2/2012. Briefs in excess of fifteen pages shall be filed.Mailed notice(drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.