# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

---------------------------------------------------------x
ARTHUR L. BRASHER, *et al.*,

                Plaintiffs,

                v.

BROADWIND ENERGY, INC., *et al.*,

                Defendants.
---------------------------------------------------------x

Case No. 11-CV-0991

Honorable James B. Zagel

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, Defendants Tontine Capital Partners, L.P., Tontine Capital Overseas Master Fund, L.P., Tontine Partners, L.P., Tontine Overseas Fund, Ltd., and Tontine 25 Overseas Master Fund, L.P. (collectively, the "Tontine Entities"), through the below attorneys, state that the Tontine Entities are not publicly traded entities and that no publicly held corporation or entity owns 5% or more of the Tontine Entities' stock or is otherwise an affiliate of the Tontine Entities.

Dated: November 22, 2011                    Respectfully submitted,

/s/ John C. Martin

John C. Martin
LAW OFFICES OF JOHN C. MARTIN, LLC
30 N. LaSalle St., Suite 3400
Chicago, Illinois 60602
(312) 368-9000

Gary Stein
Michael G. Cutini
David J. Lubitz
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

*Attorneys for the Tontine Entities*

## **CERTIFICATE OF SERVICE**

I, John C. Martin, one of the attorneys for the Tontine Entities, hereby certify that on November 22, 2011, service of the foregoing Corporate Disclosure Statement was accomplished pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

**/s/ John C. Martin**

John C. Martin