**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STIPULATION REGARDING SCHEDULING

The parties to this action, by their undersigned counsel and subject to the approval of the Court, hereby stipulate as follows:

1.  Plaintiffs Arthur Brasher, Jerry Pehlke, Jr., and Brian M. Grothues filed an Amended Class Action Complaint for Violation of the Federal Securities Laws in the above-captioned action on September 13, 2011 (the "Amended Complaint").

2.  On November 2, 2011, (Dkt. 60), the Court granted the parties' previous stipulation regarding scheduling and page limits for motions to dismiss.

3.  On November 18, 2011, Defendants filed motions to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), which challenge whether Plaintiffs have stated a claim for the substantive causes of action alleged against the respective Defendants in the Complaint. Broadwind, the Officer Defendants, and the Director Defendants filed one collective brief, and the Tontine Defendants filed one collective brief.

4.  The scheduling order previously entered by the Court on November 2, 2011 (Dkt. 60) provides for Plaintiffs' response to the motions to dismiss to be filed 49 days after the filing of the motions, which is January 6, 2012.

5. The undersigned counsel, subject to the approval of the Court, have agreed and stipulated that the briefing scheduled previously entered on November 2, 2011 (Dkt. 60) be modified as follows:

    a. Plaintiffs' responses to Defendants' motions to dismiss shall be filed within 63 days of the filing of Defendants' motions to dismiss, on or before January 20, 2012.

    b. Defendants' reply briefs in support of their motions to dismiss shall be filed within 30 days of the filing of Plaintiffs' responses, on or before February 20, 2012.

Pursuant to the Court's Case Management Procedures, a copy of this Stipulation Regarding Scheduling is being submitted to the Court via email.

Respectfully submitted,

Date: December 23, 2011

/s/Jennifer S. Montagna_____
James T. Crotty
JAMES T. CROTTY & ASSOCIATES
208 S. LaSalle St., Suite 1750
Chicago, IL 60604
(312) 623-1599

William B. Federman
Jennifer S. Montagna
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560

Samuel H. Rudman
Joseph Russello
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Counsel for Plaintiffs*

Date: December 23, 2011 /s/Kristen Seeger_____
James W. Ducayet
Kristen R. Seeger
Meredith Jenkins Laval
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000

*Counsel for Broadwind, the Officer Defendants, and the Director Defendants*

Date: December 23, 2011 /s/ John Conroy Martin_____
John Conroy Martin
LAW OFFICES OF JOHN C. MARTIN
30 North LaSalle Street, #3400
Chicago, Illinois 60602
Tel: (312) 368-9000

Gary Stein
Michael G. Cutini
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2441

*Counsel for the Tontine Defendants*

IT IS SO ORDERED.

_____
Honorable James B. Zagel
United States District Court Judge

4

## CERTIFICATE OF SERVICE

  I, Jennifer S. Montagna, one of Plaintiffs' attorneys, hereby certify that on December 23, 2011, service of the foregoing Joint Stipulation Regarding Scheduling was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                    /s/Jennifer S. Montagna