## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## JOINT STIPULATION REGARDING SCHEDULING

The parties to this action, by their undersigned counsel and subject to the approval of the Court, hereby stipulate as follows:

1.      Plaintiffs Arthur Brasher, Jerry Pehlke, Jr., and Brian M. Grothues filed an Amended Class Action Complaint for Violation of the Federal Securities Laws in the above-captioned action on September 13, 2011 (the "Amended Complaint").

2.      On November 2, 2011, (Dkt. 60), the Court granted the parties' previous stipulation regarding scheduling and page limits for motions to dismiss.

3.      On November 18, 2011, Defendants filed motions to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), which challenge whether Plaintiffs have stated a claim for the substantive causes of action alleged against the respective Defendants in the Complaint. Broadwind, the Officer Defendants, and the Director Defendants filed one collective brief, and the Tontine Defendants filed one collective brief.

4.      The scheduling order previously entered by the Court on November 2, 2011 (Dkt. 60) provides for Plaintiffs' response to the motions to dismiss to be filed 49 days after the filing of the motions, which is January 6, 2012.

5. The undersigned counsel, subject to the approval of the Court, have agreed and stipulated that the briefing scheduled previously entered on November 2, 2011 (Dkt. 60) be modified as follows:

      a. Plaintiffs' responses to Defendants' motions to dismiss shall be filed within 63 days of the filing of Defendants' motions to dismiss, on or before January 20, 2012.

      b. Defendants' reply briefs in support of their motions to dismiss shall be filed within 30 days of the filing of Plaintiffs' responses, on or before February 20, 2012.

Pursuant to the Court's Case Management Procedures, a copy of this Stipulation Regarding Scheduling is being submitted to the Court via email.

                                        Respectfully submitted,

Date: December 23, 2011

                                        /s/Jennifer S. Montagna_____
                                        James T. Crotty
                                        JAMES T. CROTTY & ASSOCIATES
                                        208 S. LaSalle St., Suite 1750
                                        Chicago, IL 60604
                                        (312) 623-1599

                                        William B. Federman
                                        Jennifer S. Montagna
                                        FEDERMAN & SHERWOOD
                                        10205 N. Pennsylvania Avenue
                                        Oklahoma City, OK 73120
                                        (405) 235-1560

                                        Samuel H. Rudman
                                        Joseph Russello
                                        ROBBINS GELLER RUDMAN & DOWD LLP
                                        58 South Service Road, Suite 200
                                        Melville, NY 11747
                                        (631) 367-7100

                                        *Counsel for Plaintiffs*

Date:  December 23, 2011                          /s/Kristen Seeger_____
                                                 James W. Ducayet
                                                 Kristen R. Seeger
                                                 Meredith Jenkins Laval
                                                 SIDLEY AUSTIN LLP
                                                 One South Dearborn Street
                                                 Chicago, Illinois 60603
                                                 Tel:  (312) 853-7000

                                                 *Counsel for Broadwind, the Officer
                                                 Defendants, and the Director
                                                 Defendants*

Date:  December 23, 2011                          /s/ John Conroy Martin_____
                                                 John Conroy Martin
                                                 LAW OFFICES OF JOHN C. MARTIN
                                                 30 North LaSalle Street, #3400
                                                 Chicago, Illinois 60602
                                                 Tel:  (312) 368-9000

                                                 Gary Stein
                                                 Michael G. Cutini
                                                 SCHULTE ROTH & ZABEL LLP
                                                 919 Third Avenue
                                                 New York, New York 10022
                                                 Tel:  (212) 756-2441

                                                 *Counsel for the Tontine Defendants*

IT IS SO ORDERED.

                                                 _____
                                                 Honorable James B. Zagel
                                                 United States District Court Judge

3

## CERTIFICATE OF SERVICE

I, Jennifer S. Montagna, one of Plaintiffs' attorneys, hereby certify that on December 23, 2011, service of the foregoing Joint Stipulation Regarding Scheduling was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.


/s/Jennifer S. Montagna