## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Arthur L. Brasher, et al.
                               Plaintiff,

v.                                                         Case No.: 1:11–cv–00991
                                                             Honorable James B. Zagel

Broadwind Energy, Inc., et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 4, 2012:

      MINUTE entry before Honorable James B. Zagel:Application to appear pro hac vice [61] is granted. Application to appear pro hac vice [62] is granted. Set deadlines/hearing as to motion to dismiss, [63] and motion to dismiss[66] :; Motions terminated: Motions to dismiss [63] and [66] responses due by 1/20/2012. Replies due by 2/21/2012. Status hearing set for 3/26/2012 at 10:00 AM. Motion hearing set for 1/5/2012 is stricken.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.