UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, JERRY PEHLKE, JR., and BRIAN M. GROTHUES Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BROADWIND ENERGY, INC., J. CAMERON DRECOLL, STEPHANIE K. KUSHNER, MATTHEW J. GADOW, STEPHEN E. GRAHAM, KEVIN E. JOHNSON, TONTINE CAPITAL PARTNERS, L.P., TONTINE CAPITAL OVERSEAS MASTER FUND, L.P., TONTINE PARTNERS, L.P., TONTINE OVERSEAS FUND, LTD., TONTINE 25 OVERSEAS MASTER FUND, L.P., JEFFREY GENDELL, JAMES M. LINDSTROM, DAVID P. REILAND, CHARLES H. BEYNON, WILLIAM T. FEJES, and TERENCE P. FOX,<br><br>Defendants. | Case No. 1:11-cv-00991<br><br>Honorable James B. Zagel<br><br>**CLASS ACTION** |

**PLAINTIFFS' NOTICE OF PRESENTMENT OF
MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM OF LAW IN
RESPONSE TO REPLY MEMORANDUM OF LAW IN SUPPORT OF THE
BROADWIND DEFENDANTS' MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT on March 13, 2012 at 10:15 a.m. or as soon thereafter as counsel may be heard, counsel for Plaintiffs Jerry Pehlke, Jr., Arthur L. Brasher, and Brian M. Grothues, (collectively "Plaintiffs") shall appear before the Honorable James B. Zagel or any judge sitting in his stead, in Courtroom 1003 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and there and then present Plaintiffs' Motion for Leave to File Surreply Memorandum of Law in Response to the Reply Memorandum in Support

1

of the Broadwind Defendants' ("Defendants") Motion to Dismiss, which was electronically filed on March 7, 2012, and hand-delivered to the Court on March 7, 2012.

Dated: March 7, 2012

Respectfully submitted,

/s/ James T. Crotty
James T. Crotty (0549029)
JAMES T. CROTTY & ASSOCIATES
3S126 S. Park Blvd.
Glen Ellyn, IL 60137
Telephone: (312) 623-1599
Facsimile: (312) 553-1586
jamestcrotty@aol.com

*Liaison Counsel for Plaintiffs*

William B. Federman
Jennifer S. Montagna
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com
jsm@federmanlaw.com

*Lead Counsel for Plaintiffs*

Samuel H. Rudman
Joseph Russello
Andrea Y. Lee
ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, James T. Crotty, one of Plaintiffs' attorneys, hereby certify that on March 7, 2012, service of the foregoing Surreply Memorandum of Law in Response to Reply Memorandum of Law in Support of the Broadwind Defendants' Motion to Dismiss was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ James T. Crotty