**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT STIPULATION EXTENDING TIME TO ANSWER**

The parties to this action, by their undersigned counsel and subject to the approval of the Court, hereby stipulate as follows:

1. Plaintiffs Arthur Brasher, Jerry Pehlke, Jr., and Brian M. Grothues filed an Amended Class Action Complaint for Violation of the Federal Securities Laws in the above-captioned action on September 13, 2011 (the "Complaint").

2. Defendants filed motions to dismiss the Complaint on November 18, 2011.

3. On April 19, 2012, this Court issued an order granting in part and denying in part defendants' motions. In particular, the Court dismissed, with prejudice, all claims against defendants Stephanie K. Kushner, Matthew J. Gadow, Stephen E. Graham, Kevin E. Johnson, James M. Lindstrom, David P. Reiland, Charles H. Beynon, William T. Fejes, Terence P. Fox, Tontine Capital Partners, L.P., Tontine Capital Overseas Master Fund, L.P., Tontine Partners, L.P., Tontine Overseas Fund, Ltd., Tontine 25 Overseas Master Fund, L.P., and Jeffrey Gendell. The Court permitted certain of the claims to proceed against defendant Broadwind Energy, Inc. ("Broadwind") and J. Cameron Drecoll.

4. Pursuant to Federal Rule of Civil Procedure 12(a)(4), Broadwind and Mr. Drecoll

have until May 3, 2012 to answer the Complaint.

5. The Complaint is 126 pages long and contains 286 paragraphs.

6. Due to the length of the Complaint, additional time is necessary for Broadwind and Mr. Drecoll to prepare their answer.

7. The undersigned counsel, subject to approval of the Court, have agreed and stipulated that Broadwind and Mr. Drecoll shall have thirty days after this Court's order granting in part and denying in part defendants' motions to dismiss to answer the Complaint, such that the time to answer is extended until May 21, 2012. Pursuant to the Court's Case Management Procedures, a copy of this Stipulation Regarding Scheduling and Extension of Page Limitations is being submitted to the Court via email.

Dated this 1st day of May, 2012

| | |
|---|---|
| /s/ William B. Federman | /s/ Meredith Jenkins Laval |
| William B. Federman | James W. Ducayet |
| Jennifer S. Montagna | Kristen R. Seeger |
| FEDERMAN & SHERWOOD | Meredith Jenkins Laval |
| 10205 N. Pennsylvania Avenue | SIDLEY AUSTIN LLP |
| Oklahoma City, OK 73120 | One South Dearborn Street |
| (405) 235-1560 | Chicago, Illinois 60603 |
| | Tel: (312) 853-7000 |
| James T. Crotty | |
| JAMES T. CROTTY & ASSOCIATES | *Counsel for Broadwind Energy, Inc.* |
| 208 S. LaSalle St., Suite 1750 | *and J. Cameron Drecoll* |
| Chicago, IL 60604 | |
| (312) 623-1599 | |
| | |
| Samuel H. Rudman | |
| Joseph Russello | |
| ROBBINS GELLER RUDMAN & DOWD LLP | |
| 58 South Service Road, Suite 200 | |
| Melville, NY 11747 | |
| (631) 367-7100 | |

*Counsel for Plaintiffs*

2

IT IS SO ORDERED.

                                                               _____
                                                               Honorable James B. Zagel
                                                               United States District Court Judge

**CERTIFICATE OF SERVICE**

I, Meredith Jenkins Laval, one of Broadwind Energy, Inc.'s attorneys, hereby certify that on May 1, 2012, service of the foregoing Stipulation Extending Time to Answer was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Meredith Jenkins Laval
Meredith Jenkins Laval