UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BROADWIND ENERGY, INC., et al., )<br>)<br>Defendants. )<br>) | No. 1:11-cv-00991<br><br><u>CLASS ACTION</u> |

NOTICE OF VOLUNTARY WITHDRAWAL
PURSUANT TO RULE 41(a)(1)(A)

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, on February 11, 2011, Arthur L. Brasher filed a Complaint for Violation of the Federal Securities Laws, on behalf of a putative class of purchasers of the common stock of Broadwind Energy, Inc. ("Broadwind"), in an action entitled *Brasher v. Broadwind Energy, Inc., et al.*, No. 1:11-CV-00991 (the "Action");

WHEREAS, on July 7, 2011, this Court appointed Jerry Pehlke, Jr. as lead plaintiff for the putative class of Broadwind shareholders in connection with the Action;

WHEREAS, on September 13, 2011, Lead Plaintiff Jerry Pehlke, Jr., as well as plaintiffs Arthur L. Brasher and Brian M. Grothues, filed an amended Class Action Complaint for Violation of the Federal Securities Laws on behalf of the putative class of Broadwind shareholders (the "Amended Complaint");

WHEREAS, on April 19, 2012, the Court dismissed, in part, certain of the claims asserted in the Amended Complaint;

WHEREAS, none of the defendants has served an Answer or a motion for summary judgment in the Action;

WHEREAS, the putative class has not yet been certified in the Action; and

WHEREAS, Arthur L. Brasher's voluntary withdrawal from this Action will not prejudice the putative class or adversely affect any of the claims asserted by the other plaintiffs in this Action;

NOW THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Arthur L. Brasher voluntarily dismisses, without prejudice, his claims against the remaining defendants, given that no defendant has served an Answer or a motion for summary judgment in the Action.

Date: May 15, 2012                                  Respectfully submitted,

/s/William B. Federman_____
William B. Federman
Jennifer S. Montagna
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560

*Lead Counsel for Plaintiffs*

James T. Crotty
JAMES T. CROTTY & ASSOCIATES
208 S. LaSalle St., Suite 1750
Chicago, IL 60604
(312) 623-1599

*Liaison Counsel for Plaintiffs*

Samuel H. Rudman
Joseph Russello
Andrea Y. Lee
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Additional Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, William B. Federman, one of Plaintiffs' attorneys, hereby certify that on May 15, 2012, service of the foregoing Notice of Voluntary Withdrawal Pursuant to Rule 41(a)(1)(A) was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/William B. Federman_____
William B. Federman