**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF PRESENTMENT OF MOTION**

**PLEASE TAKE NOTICE** that on June 26, 2012, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Joint Motion for Entry of Order Enlarging Page Limits for Class Certification Briefing, a copy of which has been served on you.

                                                Respectfully submitted,

Date: June 20, 2012
                                                /s/ Kristen R. Seeger
                                                James W. Ducayet
                                                Kristen R. Seeger
                                                Meredith Jenkins Laval
                                                SIDLEY AUSTIN LLP
                                                One South Dearborn Street
                                                Chicago, Illinois 60603
                                                Tel: (312) 853-7000

                                                *Counsel for Broadwind and Cameron Drecoll*

Date: June 20, 2012
                                                /s/ William B. Federman
                                                William B. Federman
                                                Jennifer S. Montagna
                                                FEDERMAN & SHERWOOD
                                                10205 N. Pennsylvania Avenue
                                                Oklahoma City, OK 73120
                                                (405) 235-1560

James T. Crotty
JAMES T. CROTTY & ASSOCIATES
208 S. LaSalle St., Suite 1750
Chicago, IL 60604
(312) 623-1599

Samuel H. Rudman
Joseph Russello
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, William B. Federman, one of Plaintiffs' attorneys, hereby certify that on June 20, 2012, service of the foregoing Notice of Presentment was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

      /s/ William B. Federman