**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Brian M. Grothues, et al.
                    Plaintiff,

v.                                       Case No.: 1:11−cv−00991
                                                        Honorable James B. Zagel

Broadwind Energy, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 13, 2012:

      MINUTE entry before Honorable James B. Zagel:Motion to certify class [94] response due by 8/16/2012. Reply due by 9/6/2012. Status hearing (7−16−2012) is reset for 10/4/2012 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.