**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) Case No. 11-CV-0991 | |
| v. ) | |
| ) Honorable James B. Zagel | |
| BROADWIND ENERGY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**JOINT MOTION TO ADJOURN BRIEFING SCHEDULE ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Jerry Pehlke, Jr. and Brian M. Grothues ("Plaintiffs") and Defendants Broadwind Energy, Inc. ("Broadwind") and J. Cameron Drecoll (collectively, "Defendants"), hereby move this Court for an order adjourning the briefing schedule on Plaintiffs' Motion for Class Certification. In support of this motion, the parties represent as follows:

1. On June 22, 2012, Plaintiffs filed a Motion for Class Certification. (Dkt. No. 94.)

2. On July 13, 2012, this Court entered an order providing for a briefing schedule regarding Plaintiffs' Motion for Class Certification. (Dkt. No. 98.)

3. The parties have scheduled a mediation before Judge Wayne Andersen at JAMS on August 20, 2012.

4. Due to the pending mediation, the parties have agreed that the briefing schedule on Plaintiffs' Motion for Class Certification should be adjourned.

5. The parties will report back to the Court on the results of the mediation at the next scheduled status conference and will submit an agreed, revised briefing schedule on the Motion for Class Certification in the event the mediation is unsuccessful.

WHEREFORE, the parties respectfully request that this Court enter an order adjourning the briefing schedule on Plaintiffs' Motion for Class Certification.

Respectfully submitted,

Date: July 18, 2012

/s/ James W. Ducayet
James W. Ducayet
Kristen R. Seeger
Meredith Jenkins Laval
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000

*Counsel for Broadwind Energy, Inc. and J. Cameron Drecoll*


/s/ James T. Crotty
James T. Crotty
JAMES T. CROTTY & ASSOCIATES
208 S. LaSalle St., Suite 1750
Chicago, IL 60604
(312) 623-1599

William B. Federman
Jennifer S. Montagna
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560

Samuel H. Rudman
Joseph Russello
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, James W. Ducayet, one of Broadwind Energy, Inc.'s attorneys, hereby certify that on July 18, 2012, service of the foregoing Joint Motion to Adjourn Briefing on Plaintiffs' Motion for Class Certification was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ James W. Ducayet
James W. Ducayet