# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.,* | ) |
| | ) |
|         Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
|         Defendants. | ) |
| | ) |

## NOTICE OF MOTION

    **PLEASE TAKE NOTICE** that on July 24, 2012, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Joint Motion to Adjourn Briefing Schedule on Plaintiffs' Motion for Class Certification, a copy of which has been served on you.

                                                      Respectfully submitted,

Date: July 18, 2012                               /s/ James W. Ducayet
                                                          James W. Ducayet
                                                          Kristen R. Seeger
                                                          Meredith Jenkins Laval
                                                          SIDLEY AUSTIN LLP
                                                          One South Dearborn Street
                                                          Chicago, Illinois 60603
                                                          Tel: (312) 853-7000

                                                          *Counsel for Broadwind Energy, Inc.*
                                                          *and J. Cameron Drecoll*


                                                          /s/ James T. Crotty
                                                          James T. Crotty
                                                          JAMES T. CROTTY & ASSOCIATES
                                                          208 S. LaSalle St., Suite 1750
                                                          Chicago, IL 60604
                                                          (312) 623-1599

William B. Federman
Jennifer S. Montagna
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560

Samuel H. Rudman
Joseph Russello
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I, James W. Ducayet, one of Broadwind Energy, Inc.'s attorneys, hereby certify that on July 18, 2012, service of the foregoing Notice of Motion was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                              /s/ James W. Ducayet
                                              James W. Ducayet