# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Brian M. Grothues, et al.

                        Plaintiff,

v.                                                        Case No.: 1:11–cv–00991
                                                             Honorable James B. Zagel

Broadwind Energy, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 23, 2012:

      MINUTE entry before Honorable James B. Zagel: Notice of motion hearing 7/24/2012 is stricken. Motion to stay briefing on motion for class certification [94] pending arbitration [99] is granted. Motion to certify class [94] is is held in abeyance.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.