**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**<u>NOTICE OF MOTION</u>**

    **PLEASE TAKE NOTICE** that on November 20, 2012, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Motion for Protective Order, a copy of which has been served on you.

                                        Respectfully submitted,

Date: November 1, 2012                /s/ James W. Ducayet
                                              James W. Ducayet
                                              Kristen R. Seeger
                                              Meredith Jenkins Laval
                                              SIDLEY AUSTIN LLP
                                              One South Dearborn Street
                                              Chicago, Illinois 60603
                                              Tel: (312) 853-7000

                                              *Counsel for Broadwind Energy, Inc.*
                                              *and J. Cameron Drecoll*

**CERTIFICATE OF SERVICE**

      I, James W. Ducayet, one of Broadwind Energy, Inc.'s attorneys, hereby certify that on November 1, 2012, service of the foregoing Notice of Motion was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                        /s/ James W. Ducayet
                                        James W. Ducayet