**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**STIPULATION REGARDING SCHEDULING
FOR MOTION FOR PROTECTIVE ORDER**

The parties to this action, by their undersigned counsel and subject to the approval of the Court, hereby stipulate as follows:

1. Plaintiffs' memorandum in opposition to Defendants' Motion for Protective Order shall be filed on or before November 12, 2012.

2. Defendants' reply memorandum in support of their Motion for Protective Order shall be filed on or before November 19, 2012.

Pursuant to the Court's Case Management Procedures, a copy of this Stipulation Regarding Scheduling is being submitted to the Court via email.

Dated this 1st day of November, 2012

| | |
|---|---|
| /s/ William B. Federman | /s/ James W. Ducayet |
| William B. Federman | James W. Ducayet |
| Jennifer S. Montagna | Kristen R. Seeger |
| FEDERMAN & SHERWOOD | Meredith Jenkins Laval |
| 10205 N. Pennsylvania Avenue | SIDLEY AUSTIN LLP |
| Oklahoma City, OK 73120 | One South Dearborn Street |
| (405) 235-1560 | Chicago, Illinois 60603 |
| | Tel: (312) 853-7000 |
| James T. Crotty | |
| JAMES T. CROTTY & ASSOCIATES | *Counsel for Broadwind Energy, Inc.* |
| 208 S. LaSalle St., Suite 1750 | *and J. Cameron Drecoll* |
| Chicago, IL 60604 | |
| (312) 623-1599 | |

Samuel H. Rudman
Joseph Russello
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Counsel for Plaintiffs*


IT IS SO ORDERED.

_____
Honorable James B. Zagel
United States District Court Judge