# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **PLAINTIFFS' INITIAL DISCLOSURES**

Plaintiffs serve these initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure.

**INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT PLAINTIFFS MAY USE TO SUPPORT CLAIMS:**

The individuals presently known to Plaintiffs who are likely to have discoverable information that Plaintiffs may use to support their claims are listed on Attachment A. Plaintiffs reserve the right to amend this response.

**DOCUMENTS AND INFORMATION IN PLAINTIFFS' POSSESSION, CUSTODY, OR CONTROL THAT PLAINTIFFS MAY USE TO SUPPORT THEIR CLAIMS:**

The documents that Plaintiffs are currently aware of in their possession, custody, or control that may be used to support their claims are: (i) documents relating to Plaintiffs' purchases and sales of Broadwind securities, including brokerage account statements and/or trade confirmations; and (ii) articles relating to Broadwind and/or the green energy industry more broadly. Plaintiffs reserve the right to amend this response.

**DAMAGES COMPUTATION:**

Plaintiffs do not presently have a detailed computation of the damages incurred by the putative Class. One will be provided as required by the Court's Scheduling Order and Federal Rule of Civil Procedure 26.

**INSURANCE AGREEMENT:**

Plaintiffs are not in possession of any insurance agreement under which an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments in connection with this action.

Date: May 11, 2012                         Respectfully submitted,

/s/William B. Federman_____
William B. Federman
Jennifer S. Montagna
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560

*Lead Counsel for Plaintiffs*

James T. Crotty
JAMES T. CROTTY & ASSOCIATES
208 S. LaSalle St., Suite 1750
Chicago, IL 60604
(312) 623-1599

*Liaison Counsel for Plaintiffs*

Samuel H. Rudman
Joseph Russello
Andrea Y. Lee
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
*Additional Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I, the undersigned, state that on May 11, 2012, I served a true and correct copy of the foregoing with service by electronic mail and first class mail to:

James Wallace Ducayet, Esq.
Kristen R. Seeger, Esq.
Brian S. Shull, Esq.
Meredith Jenkins Laval, Esq.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
jducayet@sidley.com
kseeger@sidley.com
bshull@sidley.com
mlaval@sidley.com

*Attorneys for Defendant Broadwind Energy, Inc. and J. Cameron Drecoll*

                                                        /s/William B. Federman_____
                                                        William B. Federman

## ATTACHMENT A

| Name | Subject of Information | Address |
| --- | --- | --- |
| Charles H. Beynon | Knowledge, *inter alia*, concerning Broadwind's operations and accounting and financial reporting practices | Current or former director of Broadwind whose contact information should be in Broadwind's possession |
| Bruce Black | Knowledge, *inter alia*, concerning operations of Brad Foote | Current or former employee of Brad Foote whose contact information should be in Broadwind's possession |
| Donna Blackwell | Knowledge, *inter alia*, concerning Brad Foote's operations and Broadwind and Brad Foote's finances and accounting practices | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
| Jason Briski | Knowledge, *inter alia*, concerning Broadwind's operations | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
| Clipper Windpower | Knowledge, *inter alia*, concerning actual and projected purchases of product from Broadwind and Brad Foote | Current or former customer of Broadwind and Brad Foote whose contact information should be in Broadwind's possession |
| J. Cameron Drecoll | Knowledge, *inter alia*, concerning Broadwind and Brad Foote's operations, including accounting practices and financial reporting practices | Defendant |
| William T. Fejes | Knowledge, *inter alia*, concerning Broadwind's operations and accounting and financial reporting practices | Current or former director of Broadwind whose contact information should be in Broadwind's possession |
| Terence P. Fox | Knowledge, *inter alia*, concerning Broadwind's operations | Current or former director of Broadwind whose contact information should be in Broadwind's possession |
| Matt Gadow | Knowledge, *inter alia*, concerning Broadwind's operations and accounting practices and financial reporting | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |

| Sergio Gamboa | Knowledge, *inter alia*, concerning operations of Brad Foote | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
|---|---|---|
| Jeffrey Gendell | Knowledge, *inter alia*, concerning the operations and finances of Broadwind and of the Company's secondary offering | Current or former large shareholder of Broadwind whose contact information should be in Broadwind's possession |
| General Electric | Knowledge, *inter alia*, concerning actual and projected purchases of product from Broadwind and Brad Foote | Current or former customer of Brad Foote whose contact information should be in Broadwind's possession |
| Stephen Graham | Knowledge, *inter alia*, concerning operations of Broadwind and its accounting and financial reporting practices | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
| Brian Grothues | Knowledge, *inter alia*, concerning his transactions in Broadwind common stock during the Class Period | c/o:<br>William B. Federman<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>Telephone: (405) 235-1560<br>Fax: (405) 239-2112 |
| Kevin Johnson | Knowledge, *inter alia*, concerning Broadwind's operations and accounting and financial reporting practices and valuation of Broadwind's goodwill and intangible assets | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
| Stephanie Kushner | Knowledge, *inter alia*, concerning Broadwind's operations and accounting and financial reporting practices and valuation of Broadwind's goodwill and intangible assets | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
| James M. Lindstrom | Knowledge, *inter alia*, concerning the operations of Broadwind | Current or former director of Broadwind whose contact information should be in Broadwind's possession |
| William McClellan | Knowledge, *inter alia*, concerning the operations of Broadwind | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |

| | | |
|---|---|---|
| Lars Moller | Knowledge, *inter alia*, concerning the operations of Broadwind | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
| Donald Naab | Knowledge, *inter alia*, concerning the operations of Broadwind and its accounting and financial reporting practices | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
| Michael Nalobin | Knowledge, *inter alia*, concerning the accounting and financial reporting practices of Broadwind and Brad Foote | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
| Jerry Pehlke, Jr. | Knowledge, *inter alia*, concerning his transactions in Broadwind common stock during the Class Period | c/o: William B. Federman FEDERMAN & SHERWOOD 10205 N. Pennsylvania Avenue Oklahoma City, OK 73120 Telephone: (405) 235-1560 Fax: (405) 239-2112 |
| Ralph Placzek | Knowledge, *inter alia*, concerning the finances and accounting and financial reporting practices of Broadwind and Brad Foote | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
| David P. Reiland | Knowledge, *inter alia*, concerning the operations, accounting and financial reporting practices of Broadwind | Current or former director of Broadwind whose contact information should be in Broadwind's possession |
| Cathy Scott | Knowledge, *inter alia*, concerning the finances of Brad Foote and Broadwind | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
| Paul Seppanen | Knowledge, *inter alia*, concerning the operations of Brad Foote | Current or former employee of Brad Foote and Broadwind whose contact information should be in Broadwind's possession |

6

| Gregg Sorrentino | Knowledge, *inter alia*, concerning the operations of Brad Foote | Current or former employee of Brad Foote and Broadwind whose contact information should be in Broadwind's possession |
|---|---|---|
| Dennis Taggert | Knowledge, *inter alia*, concerning the operations of Brad Foote and Broadwind | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
| Grant Thornton | Knowledge, *inter alia*, concerning Broadwind's accounting and financial reporting practices and the valuation of its goodwill and intangible assets | Current or former independent auditor of Broadwind whose contact information should be in Broadwind's possession |
| Jonathan Vanderveen | Knowledge, *inter alia*, concerning the internal controls, accounting and financial reporting practices of Brad Foote | Current or former partner in Alvarez & Marsal whose contact information should be in Broadwind's possession |
| Cindy Walsh | Knowledge, *inter alia*, concerning the finances, accounting and reporting practices of Brad Foote and Broadwind | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |
| Tom Werly | Knowledge, inter alia, concerning the finances, accounting and financial reporting practices of Brad Foote and Broadwind | Current or former employee of Broadwind whose contact information should be in Broadwind's possession |