**EXHIBIT F HAS BEEN FILED UNDER SEAL BECAUSE IT CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**