UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR L. BRASHER, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:11-cv-00991 |
| | ) | |
| vs. | ) | Honorable James B. Zagel |
| | ) | |
| BROADWIND ENERGY, INC., *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF PRESENTMENT OF MOTION FOR
## WITHDRAWAL AND SUBSTITUTION OF LEAD PLAINTIFF

**PLEASE TAKE NOTICE** that on the 27th day of November 2012, at 10:15 a.m., or as soon thereafter as counsel may be heard, Counsel for Plaintiffs shall appear before the Honorable James B. Zagel, or any Judge sitting in his stead, in Courtroom 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Plaintiffs' Motion for Withdrawal and Substitution of Lead Plaintiff, a copy of which has been served on you.

Dated: November 16, 2012

Respectfully submitted,

/s/ William B. Federman
William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560

*Lead Counsel for Plaintiffs*

James T. Crotty
JAMES T. CROTTY & ASSOCIATES
208 S. LaSalle St., Suite 1750
Chicago, IL 60604
Telephone: (312) 623-1599

*Liaison Counsel for Plaintiffs*

Samuel H. Rudman
Joseph Russello
Andrea Y. Lee
ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Telephone: (631) 367-7100

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, William B. Federman, one of Plaintiffs' attorneys, hereby certify that on November 16, 2012, service of the foregoing Notice of Presentment was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ William B. Federman