# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## STIPULATION REGARDING PLAINTIFFS' MOTION FOR WITHDRAWAL AND SUBSTITUTION OF LEAD PLAINTIFF

The parties to this action, by their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree as follows:

1. On November 16, 2012, Plaintiffs filed a Motion for Substitution for Withdrawal and Substitution of Lead Plaintiff ("Motion") (Dkt. No. 111). The Motion is noticed for presentment on November 27, 2012.

2. Defendants do not oppose the Motion insofar as the Motion seeks to withdraw Jerry Pehlke, Jr. as Lead Plaintiff. Defendants do, however, wish to file a memorandum regarding that aspect of the Motion that seeks to substitute Brian M. Grothues as Lead Plaintiff.

3. Defendants' memorandum shall be filed with the Court on or before December 7, 2012.

4. Plaintiffs' reply memorandum in support of the Motion, if any, shall be filed on or before December 14, 2012.

Pursuant to the Court's Case Management Procedures, a copy of this Stipulation Regarding Scheduling is being submitted to the Court via email.

2

Dated this 26th day of November, 2012

| | |
|---|---|
| /s/ William B. Federman | /s/ James W. Ducayet |
| William B. Federman | James W. Ducayet |
| Jennifer S. Montagna | Kristen R. Seeger |
| FEDERMAN & SHERWOOD | Meredith Jenkins Laval |
| 10205 N. Pennsylvania Avenue | SIDLEY AUSTIN LLP |
| Oklahoma City, OK 73120 | One South Dearborn Street |
| (405) 235-1560 | Chicago, Illinois 60603 |
| | Tel: (312) 853-7000 |
| James T. Crotty | |
| JAMES T. CROTTY & ASSOCIATES | *Counsel for Broadwind Energy, Inc.* |
| 208 S. LaSalle St., Suite 1750 | *and J. Cameron Drecoll* |
| Chicago, IL 60604 | |
| (312) 623-1599 | |
| | |
| Samuel H. Rudman | |
| Joseph Russello | |
| ROBBINS GELLER RUDMAN & DOWD LLP | |
| 58 South Service Road, Suite 200 | |
| Melville, NY 11747 | |
| (631) 367-7100 | |
| | |
| *Counsel for Plaintiffs* | |

IT IS SO ORDERED.

                                                                                _____
                                                                                Honorable James B. Zagel
                                                                                United States District Court Judge