# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Brian M. Grothues, et al.

                          Plaintiff,

v.                                            Case No.: 1:11–cv–00991
                                                      Honorable James B. Zagel

Broadwind Energy, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 26, 2012:

      MINUTE entry before Honorable James B. Zagel:Notice of motion hearing 11/27/2012 is stricken. Motion to withdraw Jerry Pehlke as lead plaintiff [111] is granted without objection. Plaintiff Jerry Pehlke is withdrawn. Motion to substitute Brian M. Grothues as lead plaintiff [111] response brief is due by 12/7/2012. Reply brief is due by 12/14/2012.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.