**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF MOTION

     **PLEASE TAKE NOTICE** that on November 29, 2012, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Joint Motion for Entry of Order Granting Stipulation Enlarging Page Limits for Class Certification Briefing, a copy of which has been served on you.

                                                           Respectfully submitted,

Date: November 27, 2012                    /s/ James W. Ducayet
                                                           James W. Ducayet
                                                           Kristen R. Seeger
                                                           Meredith Jenkins Laval
                                                          SIDLEY AUSTIN LLP
                                                          One South Dearborn Street
                                                          Chicago, Illinois 60603
                                                          Tel: (312) 853-7000

                                                          *Counsel for Defendants Broadwind and
                                                          J. Cameron Drecoll*


Date: November 27, 2012                    /s/ William B. Federman
                                                           William B. Federman
                                                           Jennifer S. Montagna
                                                           FEDERMAN & SHERWOOD
                                                           10205 N. Pennsylvania Avenue
                                                           Oklahoma City, OK 73120
                                                           (405) 235-1560

James T. Crotty
JAMES T. CROTTY & ASSOCIATES
208 S. LaSalle St., Suite 1750
Chicago, IL 60604
(312) 623-1599

Samuel H. Rudman
Joseph Russello
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Counsel for Plaintiff Brian M. Grothues*

**CERTIFICATE OF SERVICE**

      I, James W. Ducayet, one of Broadwind Energy, Inc.'s attorneys, hereby certify that on November 27, 2012, service of the foregoing Notice of Motion was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                          /s/ James W. Ducayet
                                                          James W. Ducayet