UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:11-cv-00991 |
| ) | |
| vs. ) | Honorable James B. Zagel |
| ) | |
| BROADWIND ENERGY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF PARTIAL WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that Plaintiffs hereby partially withdraw their Motion for Class Certification filed on June 22, 2012 [Doc. No. 94]. Plaintiffs withdraw all portions of their Motion for Class Certification that seek the appointment of Jerry Pehlke, Jr. as a class representative. Because Jerry Pehlke, Jr. is unable to continue as a named Plaintiff in this action, he withdraws as a potential class representative as detailed in Plaintiffs' Motion for Withdrawal and Substitution of Lead Plaintiff [Doc. No. 111] and the Stipulation Regarding Plaintiffs' Motion for Withdrawal and Substitution of Lead Plaintiff [Doc. No. 114]. The remainder of Plaintiffs' Motion for Class Certification remains pending, including those portions seeking the appointment of Brian Grothues as class representative and the appointment of Federman & Sherwood and James T. Crotty & Associates as counsel for the class and the arguments and authority in support thereof.

Dated: November 28, 2012

Respectfully submitted,

/s/ William B. Federman
William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560

*Lead Counsel for Plaintiffs*

James T. Crotty
JAMES T. CROTTY & ASSOCIATES
208 S. LaSalle St., Suite 1750
Chicago, IL 60604
Telephone: (312) 623-1599

*Liaison Counsel for Plaintiffs*

Samuel H. Rudman
Joseph Russello
Andrea Y. Lee
ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100

*Additional Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, William B. Federman, one of Plaintiffs' attorneys, hereby certify that on November 28, 2012, service of the foregoing Plaintiffs' Motion for Withdrawal and Substitution of Lead Plaintiff was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ William B. Federman