**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**EXHIBITS TO DEFENDANTS' MEMORANDUM IN OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

A. Declaration of Alexander Aganin, Ph.D

    1. Resume of Alexander Aganin, Ph.D

    2. Documents Relied Upon by Alexander Aganin, Ph.D

    3. Broadwind Energy, Inc. Summary of Weekly Volume during Putative Class Period

    4. 2009 Annual Reconstitution Schedule for the Russell Indices

    5. Russell Indices: Preliminary List of Additions and Deletions Released on June 12, 2009

    6. Examples of Message Board and Blog Discussions of the Preliminary List of Additions and Deletions to the Russell Indices Released on June 12, 2009

    7. Broadwind Energy, Inc. Trading History of Brian Milton Grotheus

    8. Broadwind Energy, Inc. Intraday Stock Price on March 12, 2010

B. Cited Portions of Deposition Transcript of Brian M. Grothues

C. Cited Portions of Deposition Transcript of Candace L. Preston

D. Bill Alpert, "The Trouble With Transparency," Barron's, May 18, 2009