**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION REGARDING SCHEDULING**

The parties to this action, by their undersigned counsel and subject to the approval of the Court, hereby stipulate as follows:

1. On November 16, 2012, Plaintiffs filed a Motion for Withdrawal and Substitution of Lead Plaintiff ("Motion") (Dkt. No. 111).

2. On December 7, 2012, Defendants filed a Memorandum in Opposition to Plaintiff's Motion for Substitution of Lead Plaintiff (Dkt. No. 123).

3. Pursuant to the parties' previous stipulation (Dkt. No. 114) and the Court's Minute Entry entered on November 26, 2012 (Dkt. No. 116), Plaintiff's Reply brief in support of the Motion ("Reply") is due by December 14, 2012.

4. Because the parties have recently resumed settlement discussions, Plaintiff requests an extension of time to file his Reply, and Defendants do not oppose a one-week extension. The parties stipulate that the new deadline for Plaintiff's reply be set for December 21, 2012.

Pursuant to the Court's Case Management Procedures, a copy of this Stipulation Regarding Scheduling is being submitted to the Court via email.

Dated this 11th day of December, 2012.

| | |
|---|---|
| /s/William B. Federman_____ | /s/ James W. Ducayet_____ |
| William B. Federman | James W. Ducayet |
| Jennifer S. Montagna | Kristen R. Seeger |
| FEDERMAN & SHERWOOD | Meredith Jenkins Laval |
| 10205 N. Pennsylvania Avenue | SIDLEY AUSTIN LLP |
| Oklahoma City, OK 73120 | One South Dearborn Street |
| (405) 235-1560 | Chicago, Illinois 60603 |
| | Tel: (312) 853-7000 |
| James T. Crotty | |
| JAMES T. CROTTY & ASSOCIATES | *Counsel for Broadwind Energy, Inc.,* |
| 208 S. LaSalle St., Suite 1750 | *and J. Cameron Drecoll* |
| Chicago, IL 60604 | |
| (312) 623-1599 | |

Samuel H. Rudman
Joseph Russello
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Counsel for Plaintiffs*

IT IS SO ORDERED.

                                                                          _____
                                                                          Honorable James B. Zagel
                                                                          United States District Court Judge

**CERTIFICATE OF SERVICE**

      I, William B. Federman, one of Plaintiffs' attorneys, hereby certify that on December 11, 2012, service of the foregoing Stipulation Regarding Scheduling was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                            /s/William B. Federman