**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

<u>**STIPULATION REGARDING SCHEDULING**</u>

The parties to this action, by their undersigned counsel and subject to the approval of the Court, hereby stipulate as follows:

1. On November 16, 2012, Plaintiffs filed a Motion for Withdrawal and Substitution of Lead Plaintiff ("Motion") (Dkt. No. 111).

2. On December 7, 2012, Defendants filed a Memorandum in Opposition to Plaintiff's Motion for Substitution of Lead Plaintiff (Dkt. No. 123).

3. Pursuant to the parties' previous stipulation (Dkt. No. 114) and the Court's Minute Entry entered on November 26, 2012 (Dkt. No. 116), Plaintiff's Reply brief in support of the Motion ("Reply") was due by December 14, 2012.

4. Because the parties have resumed settlement discussions, Plaintiff and Defendants filed two previous stipulations agreeing to extend the deadline for Plaintiff to file his Reply to December 21, 2012 (Dkt. No. 124), and then December 28, 2012 (Dkt No. 125).

5. Because the parties are still engaging in settlement discussions, they agree to extend the Reply deadline further and set the new deadline for January 11, 2013. Judge Wayne Anderson (ret.), who is serving as the settlement mediator, believes the parties are making progress in negotiations and continues to endorse the request for additional time to allow the parties to focus their efforts on the negotiations.

Pursuant to the Court's Case Management Procedures, a copy of this Stipulation Regarding Scheduling is being submitted to the Court via email.

Dated this 27th day of December, 2012.

/s/William B. Federman_____

William B. Federman
Jennifer S. Montagna
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560

James T. Crotty
JAMES T. CROTTY & ASSOCIATES
208 S. LaSalle St., Suite 1750
Chicago, IL 60604
(312) 623-1599

Samuel H. Rudman
Joseph Russello
ROBBINS GELLER RUDMAN & DOWD
LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Counsel for Plaintiffs*

/s/ James W. Ducayet_____

James W. Ducayet
Kristen R. Seeger
Meredith Jenkins Laval
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000

*Counsel for Broadwind Energy, Inc.,*
*and J. Cameron Drecoll*

IT IS SO ORDERED.

_____
Honorable James B. Zagel
United States District Court Judge

**CERTIFICATE OF SERVICE**

I, William B. Federman, one of Plaintiffs' attorneys, hereby certify that on December 27, 2012, service of the foregoing Stipulation Regarding Scheduling was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/William B. Federman