**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## STIPULATION REGARDING SCHEDULING

The parties to this action, by their undersigned counsel and subject to the approval of the

Court, hereby stipulate as follows:

1. On June 22, 2012, Plaintiffs filed a Motion for Class Certification (Dkt. No. 95).

2. On July 28, 2012, the parties filed a Joint Motion to Adjourn Briefing Schedule on Plaintiffs' Motion for Class Certification so that the parties could engage in mediation with a third party mediator (Dkt. No. 99). The Court granted the Joint Motion on July 23, 2012 (Dkt. No. 101).

3. On October 4, 2012, the Court entered a Minute Entry (Dkt. No. 104), setting the deadline for Defendants to file their Response in Opposition to the Motion for Class Certification to November 30, 2012, and for Plaintiff to file his Reply brief in Support of the Motion for Class Certification to January 18, 2013.

4. On November 16, 2012, Plaintiffs filed a Motion for Withdrawal and Substitution of Lead Plaintiff ("Motion for Withdrawal") (Dkt. No. 111).

5. On November 30, 2012, Defendants filed a Memorandum in Opposition to Plaintiffs' Motion for Class Certification (Dkt. No. 122).

6. On December 7, 2012, Defendants filed a Memorandum in Opposition to Plaintiff's Motion for Substitution of Lead Plaintiff (Dkt. No. 123).

7. Pursuant to the parties' previous stipulation (Dkt. No. 114) and the Court's Minute Entry entered on November 26, 2012 (Dkt. No. 116), Plaintiff's Reply brief in support of the Motion for Withdrawal was due by December 14, 2012.

8. Because the parties have resumed settlement discussions, Plaintiff and Defendants filed three previous stipulations agreeing to extend the deadline for Plaintiff to file his Reply in support of the Motion for Withdrawal to December 21, 2012 (Dkt. No. 124), then December 28, 2012 (Dkt No. 125), and then January 11, 2013 (Dkt. No. 126).

9. Because the parties are still engaging in settlement discussions, they agree to further extend the deadline for Plaintiff to file his Reply in support of the Motion for Withdrawal, and set the new deadline for February 11, 2013.

10. The parties further agree to extend the deadline for Plaintiff to file his Reply brief in support of the Motion for Class Certification from January 18, 2013, to February 18, 2013.

11. Judge Wayne Anderson (ret.), who is serving as the settlement mediator, believes the parties are making progress in negotiations and continues to endorse the request for additional time to allow the parties to focus their efforts on the negotiations. Judge Anderson believes that it would be beneficial for the parties to meet within the next two to three weeks for an in-person mediation session. The parties have agreed to do so, and are currently attempting to schedule the mediation session, which will take place in Chicago, Illinois.

Pursuant to the Court's Case Management Procedures, a copy of this Stipulation Regarding Scheduling is being submitted to the Court via email.

Dated this 10th day of January, 2013.

/s/William B. Federman_____                 /s/ James W. Ducayet_____
William B. Federman                           James W. Ducayet
Jennifer S. Montagna                          Kristen R. Seeger
FEDERMAN & SHERWOOD                           Meredith Jenkins Laval
10205 N. Pennsylvania Avenue                  SIDLEY AUSTIN LLP
Oklahoma City, OK 73120                       One South Dearborn Street
(405) 235-1560                                Chicago, Illinois 60603
                                              Tel:  (312) 853-7000

James T. Crotty
JAMES T. CROTTY & ASSOCIATES                  *Counsel for Broadwind Energy, Inc.,*
208 S. LaSalle St., Suite 1750                *and J. Cameron Drecoll*
Chicago, IL 60604
(312) 623-1599

Samuel H. Rudman
Joseph Russello
ROBBINS GELLER RUDMAN & DOWD
LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Counsel for Plaintiffs*


IT IS SO ORDERED.


                                              _____
                                              Honorable James B. Zagel
                                              United States District Court Judge

4

## CERTIFICATE OF SERVICE

      I, William B. Federman, one of Plaintiffs' attorneys, hereby certify that on January 10, 2013, service of the foregoing Stipulation Regarding Scheduling was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                      /s/William B. Federman