## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Brian M. Grothues, et al.

                          Plaintiff,

v.                                                               Case No.: 1:11–cv–00991
                                                                   Honorable James B. Zagel

Broadwind Energy, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 6, 2013:

      MINUTE entry before Honorable James B. Zagel: Pursuant to the parties' Stipulation Regarding Scheduling [128], the deadline for Plaintiff to file his Reply in Support of the Motion for Withdrawal is extended to 2/11/13. The deadline for Plaintiff to file his Reply Brief in Support of the Motion for Class Certification is extended to 2/18/13. Status hearing set for 2/11/13 at 10:00 a.m. is reset to 4/4/13 at 10:00 a.m. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.