**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF MOTION**

  **PLEASE TAKE NOTICE** that on March 14, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Joint Motion for Preliminary Approval of Settlement, a copy of which has been served on you.

Date: March 11, 2013.
                   Respectfully submitted,

                   /s/ William B. Federman
                   William B. Federman
                   FEDERMAN & SHERWOOD
                   10205 N. Pennsylvania Avenue
                   Oklahoma City, OK 73120
                   (405) 235-1560

                   *Lead Counsel for Plaintiffs*

                   James T. Crotty
                   JAMES T. CROTTY & ASSOCIATES
                   208 S. LaSalle St., Suite 1750
                   Chicago, IL 60604
                   (312) 623-1599

                   *Liaison Counsel for Plaintiffs*

Samuel H. Rudman
Joseph Russello
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Counsel for Plaintiffs*


/s/James W. Ducayet
James W. Ducayet
Kristen R. Seeger
Meredith Jenkins Laval
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

   I, James W. Ducayet, one of Broadwind Energy, Inc.'s attorneys, hereby certify that on March 11, 2013, service of the foregoing Notice of Motion was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                  /s/ James W. Ducayet
                  James W. Ducayet