# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF BRIAN M. GROTHUES IN SUPPORT OF SETTLEMENT, AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, AND REIMBURSEMENT AWARD TO LEAD PLAINTIFF**

I, Brian M. Grothues, declare as follows:

1. I am Court-Appointed Lead Plaintiff and Class Representative in the above-styled (the "Action"). The Action brings claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of purchasers of the publicly traded common stock of Broadwind Energy, Inc. ("Broadwind" or the "Company") during the period March 16, 2009 through August 9, 2010, inclusive (the "Class Period").

2. I submit this declaration in support of Lead Plaintiff's application for: (a) approval of the proposed settlement of the Action (the "Settlement"); and (b) an award of attorneys' fees, reimbursement of litigation expenses; and (c) reimbursement award for Lead Plaintiff. I make this declaration based on my own personal knowledge.

**I. BACKGROUND**

3. I am a resident and citizen of the state of Texas.

1

4. During the Class Period, I bought shares of Broadwind common stock. I suffered losses as a result of the misconduct alleged in the Action. Throughout the litigation, I have continued to supervise, monitor, and visit with my Court-Appointed Lead Counsel, Federman & Sherwood, on the progress of the litigation and have actively participated in its prosecution to ensure that Class members receive the best recovery possible given the particular circumstances and risks of this Action.

## II. EXTENSIVE PARTICIPATION IN THE PROSECUTION AND SETTLEMENT OF THE ACTION

5. I received and reviewed drafts of: (i) the Amended Class Action Complaint; (ii) briefs regarding Defendants' motion to dismiss, including Plaintiffs' responses in opposition; (iii) briefs regarding the motion to certify the class; (iv) the Stipulation of Settlement that was accepted by the parties; and (v) and other pleadings and documents filed in this Action.

6. I also participated in responding to extensive discovery, including: (i) gathering and producing hundreds of pages of personal documents in response to document requests; (ii) responding to interrogatories; and (iii) preparing for, traveling to, and participating in my deposition.

7. Additionally, I consulted with Federman & Sherwood regarding their assessment of the Action in light of counsel's legal research, review of defendants' arguments, and review of hundreds of thousands of pages of document discovery.

8. When settlement negotiations commenced, I participated in discussions with Federman & Sherwood regarding a possible settlement of the Action; and I communicated with Federman & Sherwood during the mediation sessions held on August 20, 2012 and January 18, 2013, and afterwards as settlement negotiations continued. I approved and support the proposed Settlement of $3.915 million.

9. After the settlement in principle was reached, I reviewed the settlement papers, including the stipulation of settlement, notices, and proposed orders for approval.

### III. LEAD PLAINTIFF ENDORSES THE SETTLEMENT, COUNSELS' APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND THE REIMBURSEMENT OF LITIGATION EXPENSES, AND REIMBURSEMENT AWARD FOR LEAD PLAINTIFF

10. Based on my oversight of the prosecution of the Action, I endorse the Settlement and believe it provides a fair and reasonable recovery for the Class, especially in view of the substantial issues faced in successfully litigating this case when measured against the maximum amount of likely recoverable damages.

11. I believe that the legal services provided by my counsel certainly meet and likely exceed the applicable standards of preparation and performance, and I believe the interests of the Class have been fully protected. I further believe that Plaintiffs' Counsel's requested fee is fair and reasonable in light of the work they performed on behalf of me and the Class. I believe that a 33% fee award is appropriate and justified here considering, among other things, the work performed by Plaintiffs' Counsel and the result obtained for the Class. I additionally believe that the litigation expenses requested by Plaintiffs' Counsel for reimbursement are reasonable and represent costs and expenses necessary for the prosecution and resolution of the Action. As a result, I approve the request for reimbursement of costs and expenses submitted by Lead Counsel.

12. I am seeking a reimbursement award for undertaking and carrying out the duties and responsibilities of serving as a Lead Plaintiff and Class Representative in the Action. As discussed above, I have actively participated in the prosecution and oversight of the Action and have devoted considerable time and energy to my responsibilities. I believe I have spent a substantial amount of time working with Federman & Sherwood, discussing the allegations,

reviewing pleadings, discussing case strategy, preparing for and participating in my deposition, and negotiating the Settlement. My participation as Lead Plaintiff provided a significant benefit to the Class and an award of $3,000 is appropriate to reimburse me for my time and effort. Had I not been working on this litigation, the time spent would otherwise have been devoted to my work as a teacher and musician, and therefore amounts to foregone income and opportunities. Accordingly, I respectfully request reimbursement of $3,000 to be paid out of the Settlement Fund upon approval of the Settlement. I believe that the $3,000 award that I am seeking is reasonable.

13. I have not been provided or promised any consideration or benefit, directly or indirectly, other than as may be provided for in the plan of allocation of the class settlement benefits approved by the Court or as reimbursement, if any, explicitly ordered by the Court of my reasonable costs and expenses (including lost wages) directly relating to my representation of the Class. Apart from compensation for my losses resulting from transactions in Broadwind stock as provided in the Settlement, or pursuant to this application for a reimbursement award, I will not be paid, directly or indirectly, any money for participating in this lawsuit.

14. In conclusion, I endorse this Settlement and recommend its approval by this Court. I respectfully request that this Court approve the Settlement, the request for attorneys' fees and reimbursement of litigation expenses, and the request for a reimbursement award to Lead Plaintiff.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this 10 day of May, 2013.

_____
BRIAN M. GROTHUES

4