**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTHUR L. BRASHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 11-CV-0991 |
| v. | ) |
| | ) Honorable James B. Zagel |
| BROADWIND ENERGY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF MEREDITH JENKINS LAVAL**

I, Meredith Jenkins Laval, do hereby declare as follows:

1.  I am an associate in the law firm of Sidley Austin LLP, counsel of record for defendants Broadwind Energy, Inc. ("Broadwind") and J. Cameron Drecoll in this case. This affidavit is submitted pursuant to the Preliminary Approval Order dated March 14, 2013, to confirm service of the court-approved notice under the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA" or "CAFA Notice"). I have personal knowledge of the facts stated herein.

2.  On March 21, 2013, pursuant to the requirements of CAFA, the CAFA Notice was served on the Attorney General of the United States and the attorneys general of all 50 States via FedEx. This service took place within ten (10) days of the filing of the motion for Preliminary Approval of the Settlement with this Court on March 11, 2013.

3.  The CAFA Notice included the following: the CAFA Notice form approved by the Court in the Preliminary Approval Order; the complaint and associated materials; the proposed Notice of the proposed settlement to be distributed to the class; the Stipulation of Settlement; the proposed Order and Final Judgment; a reasonable estimate of number of shares

held by class members residing in each state and the estimated proportionate share of the claims of such class members to the entire settlement; and the Preliminary Approval Order.

5. None of the CAFA Notices was returned as undeliverable.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2013 at Chicago, Illinois.

_____
Meredith Jenkins Laval

**CERTIFICATE OF SERVICE**

      I, Meredith Jenkins Laval, one of Broadwind Energy, Inc.'s attorneys, hereby certify that on June 11, 2013, service of the foregoing Declaration was accomplished pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                  /s/ Meredith Jenkins Laval
                                                  Meredith Jenkins Laval