**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Brian M. Grothues, et al.
                             Plaintiff,

v.                                                   Case No.: 1:11–cv–00991
                                                  Honorable James B. Zagel

Broadwind Energy, Inc., et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2013:

    MINUTE entry before Honorable James B. Zagel: Final approval hearing held. Plaintiff's Motion for Settlement [134] and Plaintiff's Motion for Attorneys' Fees [135] are granted. Final judgment is entered and this matter is dismissed with prejudice. Civil case terminated. Enter Orders. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.