AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Brasher <br> *Plaintiff* <br> v. <br> Broadwind Energy, Inc. et al <br> *Defendant* | Civil Action No. 11-cv-991 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:  Plaintiff's Motion for Final Approval of Proposed Class Action Settlement [134] and Plaintiff's Motion for Attorneys' Fees [135] are granted. This matter is dismissed with prejudice and judgment is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge   James B. Zagel   on a motion for   for Approval of Class Action Settlement [134] and Motion for Attorneys' Fees [135].

Date:   Jun 27, 2013

*CLERK OF COURT*, Thomas G. Bruton

/s/ Elisa Perez

*Signature of Clerk or Deputy Clerk*